E-FILED-9/12/14
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TAYLOR, as an individual and as successor in interest to Trevor Taylor; MINDI HILBORN, an individual and as successor in interest to Trevor Taylor,<br><br>　　　　　　　　　　Plaintiffs,<br>vs.<br><br>CITY OF COLTON, a municipal entity; TODD SMITH, an individual, LOU GAMACHE, an individual, STEVE DAVIS, an individual, CHUCK DEDIANOUS, an individual, JOE GONZALES, an individual, RAY MENDEZ, an individual, JACK MORENBERG, an individual, STEVE WARD, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No.: 5:13-CV-01330 PSG-AJW<br>[*Hon. Philip S. Gutierrez, District Judge; Hon. Andrew J. Wistrich, Magistrate Judge*]<br><br>**[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION**<br><br><br>Complaint Filed:　May 22, 2013<br>Pre-Trial Conf.:　September 15, 2014<br>Trial Date:　　　September 30, 2014 |

PURSUANT TO THE STIPULATION OF THE PARTIES, and pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure, including but not

limited to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the United States District Court, Central District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefor, and in furtherance of the interests of justice,

IT IS HEREBY ORDERED that:

1. The Court hereby **dismisses with prejudice** all claims against all defendants to this action.

2. The Court hereby **dismisses with prejudice the above entitled action in its entirety**.

3. Any and all pending dates on calendar for this matter – including the final pre-trial conference date ("PTC") set for September 15, 2014, and the trial date set for September 30, 2014 – are hereby VACATED.

4. Nothing in this Order shall be construed as affecting, modifying, or vacating the Court's Protective Order re Confidential Documents [Dkt. Doc. 16], and the Court shall retain jurisdiction to enforce such Protective Order as may be warranted.

5. Nothing in this Order shall be construed as affecting, modifying, or rescinding any dismissals previously granted or Ordered in this action [*see, e.g.*, Dkt. Doc. 26, 30].

**IT IS SO ORDERED**.

Dated: __9/12/14_____

PHILIP S. GUTIERREZ
_____
**UNITED STATES DISTRICT JUDGE**

Respectfully Submitted By:

Mildred K. O'Linn, Esq. (State Bar No. 159055)
Tony M. Sain, Esq. (State Bar No. 251626)
MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP
801 South Figueroa Street
15th Floor at 801 Tower
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@manningllp.com; tms@manningllp.com

Attorneys for Defendants,
CITY OF COLTON, TODD SMITH, LOU GAMACHE, STEVE DAVIS, CHUCK DEDIANOUS, JOE GUTIERREZ (erroneously sued as JOE GONZALES), RAY MENDEZ, JACK MORENBERG, and STEVE WARD